# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE WRIGHT,<br><br>    Petitioner,<br><br>    v.<br><br>DOMINGO URIBE, Warden,<br><br>    Respondent. | Case No. CV 12-10787-GW (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: November 22, 2016

                                                GEORGE H. WU
                                  UNITED STATES DISTRICT JUDGE